AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Caldwell Pinckney, | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Civil Action No.    2:20-1332-JMC |
| | ) | |
| C. R. Bard Incorporated, Bard Peripheral Vascular Incorporated, | ) | |
| | ) | |
| *Defendants.* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the plaintiff shall take nothing of the defendants and the complaint is dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

This action was *(check one)*:

■ decided by the Honorable J. Michelle Childs, United States District Court Judge. The court having granted the defendants' motion to dismiss.

Date:    January 18, 2022                                                            *CLERK OF COURT*

                                                                                          s/ Angie Snipes
                                                                            _____
                                                                            *Signature of Clerk or Deputy Clerk*